Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Pamela J Schneider** | : | Case No. 14−20327−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 73 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/3/19 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of April, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before June 10, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *July 3, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-20327-GLT
Pamela J Schneider                                                        Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2                Date Rcvd: Apr 26, 2019
                              Form ID: 604            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
```
db          +Pamela J Schneider,    743 6th Avenue,   Coraopolis, PA 15108-1506
13786048    ++ALLIED ADJUSTORS INC,    PO BOX 1006,   ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,    845 23rd Street,   Aliquippa, PA 15001)
13786049    +Allied Adjustors,    PO Box 1006,   Aliquippa, PA 15001-0806
13822706    +County of Allegheny,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13786050    +IC Systems Collections,    PO Box 64378,   Saint Paul, MN 55164-0378
13786051    +John Kishbaugh, Esquire,    Woodcrest Corporate Center,    111 Woodcrest Road,   Suite 200,
              Cherry Hill, NJ 08003-3620
13786064    +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786065    +PNC Bank Mortgage Service,    PO Box 1820,   Dayton, OH 45401-1820
13845509    +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786066    +Santander Consumer,    PO Box 961245,   Fort Worth, TX 76161-0244
13786068    +Santander Consumer USA,    8585 N Stemmons Fwy,   Ste 1000,   Dallas, TX 75247-3800
13810601    +Santander Consumer USA,    P.O. BOX 560284,   Dallas, TX 75356-0284
13786067    +Santander Consumer USA,    5201 Rufe Snow Drive,   North Richland Hills, TX 76180-6036
13786070    +TEK-Collect,   PO Box 1269,    Columbus, OH 43216-1269
13786069    +Tek-Collect,   871 Park Street,    Columbus, OH 43215-1441
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13791581     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2019 02:25:54
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK 73126-8941
13871539    +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:13     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13856601     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2019 02:25:53
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13786052    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2019 02:24:46     Midland Funding LLC,
             8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13786058    +E-mail/Text: egssupportservices@alorica.com Apr 27 2019 02:24:53     NCO Credit,
             507 Prudential Road,    Horsham, PA 19044-2308
13786059    +E-mail/Text: egssupportservices@alorica.com Apr 27 2019 02:24:53     NCO Credit Services,
             507 Prudential Road,    Horsham, PA 19044-2308
13786060    +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2019 02:25:08     NCO Financial,
             PO Box 15273,    Wilmington, DE 19850-5273
13786061    +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2019 02:25:08     NCO Financial,
             PO Box 15273,    Wilmington, Delaware 19850-5273
13786053    +E-mail/Text: nhc@nhchome.com Apr 27 2019 02:24:06     National Hospital Collection,
             16 Distributors Drive,    Suite 2,   Morgantown, WV 26501-7209
13786054    +E-mail/Text: nhc@nhchome.com Apr 27 2019 02:24:06     National Hospital Collections,
             PO Box 699,    Morgantown, WV 26507-0699
13786055    +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20      National Recover Agency,
             2491 Paxton Street,    Harrisburg, PA 17111-1036
13786056    +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20      National Recovery Agency,
             2491 Paxton Street,    Harrisburg, PA 17111-1036
13786057    +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20      National Recovery Agency,
             2491 Paxton Street,    Harrisburg, PA 17111-1036
13797914     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2019 02:24:38
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, Pa. 17128-0946
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC BANK, NATIONAL ASSOCIATION
13786062*      +NCO Financial,   PO  Box 15273,   Wilmington, DE 19850-5273
13786063     ##+Northwest Consumer Discount Co.,    4326 Northern Pike,   PO Box 163,
                Monroeville, PA 15146-0163
                                                                                   TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2                Date Rcvd: Apr 26, 2019
                              Form ID: 604            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:

```
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
           ewassall@logs.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Max C. Feldman    on behalf of Debtor Pamela J Schneider mcfeldman@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
           cblack@udren.com
                                                                                             TOTAL: 8
```