**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA J SCHNEIDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-20327<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 26, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/30/2014 and confirmed on 6/2/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,769.00 |
| Less Refunds to Debtor | 471.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,297.36 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,900.00 | |
|    Trustee Fee | 1,816.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,716.77 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 27,920.28 | 0.00 | 27,920.28 |
|     Acct: 3796 | | | | |
|   PNC BANK NA | 11,594.53 | 11,594.53 | 0.00 | 11,594.53 |
|     Acct: 3796 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX5;14 | | | | |
| | | | | 39,514.81 |
| **Priority** | | | | |
|   MAX C FELDMAN ESQ | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA J SCHNEIDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA J SCHNEIDER | 363.00 | 363.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA J SCHNEIDER | 108.64 | 108.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 518.34 | 518.34 | 0.00 | 518.34 |
|     Acct: 7279 | | | | |
| | | | | 518.34 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 895.27 | 89.53 | 0.00 | 89.53 |
|     Acct: 5001 | | | | |
|   ALLIED ADJUSTORS | 50.00 | 5.00 | 0.00 | 5.00 |
|     Acct: 1399 | | | | |
|   ALLIED ADJUSTORS | 29.00 | 2.90 | 0.00 | 2.90 |
|     Acct: 1399 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT MI | 619.35 | 61.94 | 0.00 | 61.94 |
|     Acct: 7403 | | | | |
|   NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2801 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7431 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4863 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6572 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7342 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5871 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6150 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6870 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 711.44 | 71.14 | 0.00 | 71.14 |
| Acct: 7552 | | | | |
| SANTANDER CONSUMER USA SVCR CIT | 3,137.19 | 313.72 | 0.00 | 313.72 |
| Acct: 7704 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3758 | | | | |
| PA DEPARTMENT OF REVENUE* | 32.10 | 3.21 | 0.00 | 3.21 |
| Acct: 7279 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2945 | | | | |
| ALLIED ADJUSTORS | 39.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX1399 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 547.44 |

TOTAL PAID TO CREDITORS                                                                   40,580.59

TOTAL
CLAIMED              518.34
PRIORITY          11,594.53
SECURED            5,513.35

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   PAMELA J SCHNEIDER<br><br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:14-20327<br><br>Chapter 13<br><br>Document No.: |

### ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                                   BY THE COURT:

                                                                                                    _____
                                                                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                Case No. 14-20327-GLT
Pamela J Schneider                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dbas                   Page 1 of 2                   Date Rcvd: Apr 26, 2019
                                  Form ID: pdf900              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
```
db           +Pamela J Schneider,    743 6th Avenue,    Coraopolis, PA 15108-1506
13786048    ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,     845 23rd Street,    Aliquippa, PA 15001)
13786049     +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
13822706     +County of Allegheny,    c/o Goehring Rutter & Boehm,     437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13786050     +IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
13786051     +John Kishbaugh, Esquire,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
               Cherry Hill, NJ 08003-3620
13786064     +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786065     +PNC Bank Mortgage Service,    PO Box 1820,    Dayton, OH 45401-1820
13845509     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786066     +Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244
13786068     +Santander Consumer USA,    8585 N Stemmons Fwy,    Ste 1000,    Dallas, TX 75247-3800
13810601     +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
13786067     +Santander Consumer USA,    5201 Rufe Snow Drive,    North Richland Hills, TX 76180-6036
13786070     +TEK-Collect,    PO Box 1269,   Columbus, OH 43216-1269
13786069     +Tek-Collect,    871 Park Street,    Columbus, OH 43215-1441
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13791581      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2019 02:25:53
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
13871539     +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:15      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13856601      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2019 02:26:08
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13786052     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2019 02:24:46      Midland Funding LLC,
               8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13786058     +E-mail/Text: egssupportservices@alorica.com Apr 27 2019 02:24:53      NCO Credit,
               507 Prudential Road,    Horsham, PA 19044-2308
13786059     +E-mail/Text: egssupportservices@alorica.com Apr 27 2019 02:24:53      NCO Credit Services,
               507 Prudential Road,    Horsham, PA 19044-2308
13786060     +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2019 02:25:08      NCO Financial,
               PO Box 15273,    Wilmington, DE 19850-5273
13786061     +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2019 02:25:09      NCO Financial,
               PO Box 15273,    Wilmington, Delaware 19850-5273
13786053     +E-mail/Text: nhc@nhchome.com Apr 27 2019 02:24:06      National Hospital Collection,
               16 Distributors Drive,    Suite 2,   Morgantown, WV 26501-7209
13786054     +E-mail/Text: nhc@nhchome.com Apr 27 2019 02:24:06      National Hospital Collections,
               PO Box 699,    Morgantown, WV 26507-0699
13786055     +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20       National Recover Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
13786056     +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20       National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
13786057     +E-mail/Text: Bankruptcies@nragroup.com Apr 27 2019 02:25:20       National Recovery Agency,
               2491 Paxton Street,    Harrsiburg, PA 17111-1036
13797914      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2019 02:24:40
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            Duquesne Light Company
cr            PNC BANK NATIONAL  ASSOCIATION
cr            PNC BANK, NATIONAL ASSOCIATION
13786062*    +NCO Financial,   PO  Box 15273,   Wilmington, DE 19850-5273
13786063    ##+Northwest Consumer Discount Co.,    4326 Northern Pike,    PO Box 163,
               Monroeville, PA 15146-0163
                                                                                  TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:

```
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
           ewassall@logs.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Max C. Feldman    on behalf of Debtor Pamela J Schneider mcfeldman@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
           cblack@udren.com
                                                                                             TOTAL: 8
```