SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**    *1.  Intake Clerk \**

UC

   *2.  Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:** 5/28/2019

**CASE NAME:** Schneider

**CASE NUMBER:** 14-20327-GLT

Check Number 118467 in the amount of $ **7.90** was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 15 619       **Intake Clerk's Initials** *aw*

\*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA  15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
05/28/2019

Michael R. Rhodes, Esquire                    OR          Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                                Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                                     U.S. Courthouse, Room B160
600 Grant Street                                          17 South Park Row
PIttsburgh, PA  15219                                     Erie,  PA  16501

Re: PAMELA J SCHNEIDER

Case No: 14-20327GLT

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Allied Adjustors
Po Box 1006
Aliquippa,PA 15001

CHECK NUMBER 1118467      AMOUNT $7.90

   The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Rosa Richard
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:MAX C FELDMAN ESQ
PAMELA J SCHNEIDER

Allied Adjustors