FILED
6/11/19 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAMELA J SCHNEIDER<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-20327<br><br>Chapter 13<br><br>Related to Docket No. 73 |

ORDER OF COURT

AND NOW, this \_\_\_\_11th\_\_\_\_ day of \_\_\_June\_\_\_\_\_, 20 19, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
dFb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Pamela J Schneider  
    Debtor

Case No. 14-20327-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2      Date Rcvd: Jun 11, 2019  
    Form ID: pdf900      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.

```
db              +Pamela J Schneider,    743 6th Avenue,    Coraopolis, PA 15108-1506
13786048       ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                 (address filed with court: Allied Adjustors,      845 23rd Street,    Aliquippa, PA 15001)
13786049        +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
13822706        +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13786050        +IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
13786051        +John Kishbaugh, Esquire,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                  Cherry Hill, NJ 08003-3620
13786064        +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786065        +PNC Bank Mortgage Service,    PO Box 1820,    Dayton, OH 45401-1820
13845509        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13786066        +Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244
13786068        +Santander Consumer USA,    8585 N Stemmons Fwy,    Ste 1000,    Dallas, TX 75247-3800
13810601        +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
13786067        +Santander Consumer USA,    5201 Rufe Snow Drive,    North Richland Hills, TX 76180-6036
13786070        +TEK-Collect,    PO Box 1269,    Columbus, OH 43216-1269
13786069        +Tek-Collect,    871 Park Street,    Columbus, OH 43215-1441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13791581         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 12 2019 02:30:08
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
13871539        +E-mail/Text: kburkley@bernsteinlaw.com Jun 12 2019 02:21:50     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-1908
13856601         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 12 2019 02:28:57
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13786052        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 12 2019 02:21:36     Midland Funding LLC,
                  8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13786058        +E-mail/Text: egssupportservices@alorica.com Jun 12 2019 02:21:40     NCO Credit,
                  507 Prudential Road,    Horsham, PA 19044-2308
13786059        +E-mail/Text: egssupportservices@alorica.com Jun 12 2019 02:21:41     NCO Credit Services,
                  507 Prudential Road,    Horsham, PA 19044-2308
13786060        +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2019 02:21:49     NCO Financial,
                  PO Box 15273,    Wilmington, DE 19850-5273
13786061        +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2019 02:21:49     NCO Financial,
                  PO Box 15273,    Wilmington, Delaware 19850-5273
13786053        +E-mail/Text: nhc@nhchome.com Jun 12 2019 02:21:20     National Hospital Collection,
                  16 Distributors Drive,    Suite 2,    Morgantown, WV 26501-7209
13786054        +E-mail/Text: nhc@nhchome.com Jun 12 2019 02:21:20     National Hospital Collections,
                  PO Box 699,    Morgantown, WV 26507-0699
13786055        +E-mail/Text: Bankruptcies@nragroup.com Jun 12 2019 02:21:55     National Recover Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13786056        +E-mail/Text: Bankruptcies@nragroup.com Jun 12 2019 02:21:55     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13786057        +E-mail/Text: Bankruptcies@nragroup.com Jun 12 2019 02:21:55     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13797914         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:21:32
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
                                                                                               TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Allegheny County
cr               Duquesne Light Company
cr               PNC BANK NATIONAL   ASSOCIATION
cr               PNC BANK, NATIONAL ASSOCIATION
13786062*       +NCO Financial,    PO  Box 15273,    Wilmington, DE 19850-5273
13786063       ##+Northwest Consumer Discount Co.,    4326 Northern Pike,    PO Box 163,
                  Monroeville, PA 15146-0163
                                                                                   TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2              User: mgut               Page 2 of 2                  Date Rcvd: Jun 11, 2019
                                  Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:

```
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Lauren Berschler Karl    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION lkarl@rascrane.com
          Max C. Feldman    on behalf of Debtor Pamela J Schneider mcfeldman@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
           cblack@udren.com
                                                                                             TOTAL: 9
```